# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 12, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen
Kurtis T. Wilder,
Justices

154558

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

KYLE ANTHONY KELLY,
        Defendant-Appellant.

SC:  154558
COA:  334209
Wayne CC:  15-006182-FC

_____/

On order of the Court, the application for leave to appeal the September 22, 2016 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 12, 2017



Clerk

s0906